1  LUCAS J. GAFFNEY, ESQ.
   Nevada Bar No. 12373
2  GAFFNEY LAW
   1050 Indigo Drive, Suite 120
3  Las Vegas, Nevada 89145
   Telephone: (702) 742-2055
4  Facsimile: (702) 920-8838
   Lucas@gaffneylawlv.com
5  *Attorney for Rosanna Stroud*

6  **UNITED STATES DISTRICT COURT**

7  **DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>ROSANNA STROUD,<br><br>Defendant. | CASE NO: 2:16-cr-00230-GMN-CWH<br><br>**UNOPPOSED MOTION TO CONDUCT A PRE-PLEA PRESENTENCE INVESTIGATION REPORT AND PROPOSED ORDER** |

COMES NOW, ROSANNA STROUD, by and through her attorney of record, LUCAS J. GAFFNEY, ESQ., of the law firm GAFFNEY LAW, and hereby moves this Honorable Court to order the United States Department of Parole & Probation to conduct a pre-plea presentence investigation report of ROSANNA STROUD.

This request is based upon the pleadings and papers on file herein, the attached Memorandum of Points and Authorities, and any oral argument the Court may entertain.

Dated this 28th day of December, 2017.

*/s/ Lucas J. Gaffney*
LUCAS J. GAFFNEY, ESQ.
Nevada Bar No. 12373
1050 Indigo Drive, Suite 120
Las Vegas, NV 89145
*Attorney for Rosanna Stroud*

1

# MEMORANDUM OF POINTS AND AUTHORITIES

## I. STATEMENT OF FACTS

On September 14, 2016, a federal grand jury sitting in Clark County, Nevada returned a Superseding Criminal Indictment charging the Defendant, Rosanna Stroud (hereinafter "Stroud'), with one count of Conspiracy to Distribute Controlled Substances in violation of 18 U.S.C. §§ 841(a)(1), (b)(1)(C) and 846.

## II. LEGAL ARGUMENT

A presentence investigation may be initiated prior to entry of a guilty plea or nolo contendere or prior to the establishment of guilt. *See generally* Fed. R. Crim. P. 32.

Counsel requires a pre-plea presentence investigation report to accurately determine Ms. Stroud's criminal history score.

Counsel understands that Ms. Stroud does not have prior felony convictions. However, counsel cannot accurately calculate Ms. Stroud's criminal history score because she appears to have additional criminal history in other jurisdictions. Additionally, Ms. Stroud may have criminal history under additional aliases or personal identifiers which are not known to counsel. As such, counsel cannot accurately predict Ms. Stroud's criminal history score without the information that would be provided in a pre-plea presentence investigation report.

Ms. Stroud's criminal history score will drastically impact the potential plea agreement currently being considered, and her sentencing exposure. In addition, the timing of Ms. Stroud's prior convictions could impact her sentencing guideline range and criminal history score. A pre-plea presentence investigation report will promote judicial economy and could greatly expedite the manner in which this case is resolved.

1    Ms. Stroud consents to the pre-plea presentence investigation, and the Government, through Robert Knief, has indicated it has no objection to the instant request.

Therefore, undersigned counsel respectfully requests this Honorable Court issue an Order directing the United States Department of Parole & Probation to conduct a pre-plea presentence investigation report of Ms. Stroud.

## III.    CONCLUSION

Based on the foregoing, Defendant asks this Court to grant her Motion to Conduct a Pre-Plea Presentence Investigation Report. Defendant further requests this Court order the United States Department of Parole & Probation to conduct a pre-plea presentence investigation report of Ms. Stroud as soon as possible.

Dated this 28th day of December, 2017.

>   */s/ Lucas J. Gaffney*
>   LUCAS J. GAFFNEY, ESQ.
>   Nevada Bar No. 12373
>   1050 Indigo Drive, Suite 120
>   Las Vegas, NV 89145
>   *Attorney for Rosanna Stroud*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

ROSANNA STROUD,

    Defendant.

CASE NO: 2:16-cr-00230-GMN-CWH

**ORDER**

IT IS HEREBY ORDERED that that the United States Department of Parole and Probation will prepare a Pre-Plea Presentence Investigation Report on Defendant ROSANNA STROUD.

DATED this __29__ day of __December__, __2017__.

_____
UNITED STATES DISTRICT JUDGE

**CERTIFICATE OF ELECTRONIC SERVICE**

The undersigned hereby certifies that I am an employee of GAFFNEY LAW and is a person of such age and discretion as to be competent to serve papers.

That on December 28, 2017, I served an electronic copy of the above and foregoing UNOPPOSED MOTION TO CONDUCT A PRE-PLEA PRESENTENCE INVESTIGATION REPORT AND PROPOSED ORDER by electronic service (ECF) to the person(s) named below:

>DANIEL G. BOGDEN
>United States Attorney
>333 Las Vegas Blvd. South, #5000
>Las Vegas, NV 89101
>*Counsel for United States*
>
>ROBERT KNIEF
>Assistant United States Attorney
>333 Las Vegas Blvd. South, #5000
>Las Vegas, NV 89101
>*Counsel for United States*

>/s/     *Lucas Gaffney*
>Employee of Gaffney Law